# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3986

_____

United States of America,         *
                                       *

        Appellee,       *

                                       *   Appeal from the United States
      v.                     *   District Court for the
                                       *   Eastern District of Arkansas.

Madison Flowers, Jr., also known as  *
Madison Junior Flowers,        *   [UNPUBLISHED]
                                       *

        Appellant.      *

_____

Submitted:  December 7, 2005
Filed:  December 12, 2005

_____

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Madison Flowers appeals the sentence the district court[1] imposed after he pleaded guilty to distributing cocaine base, in violation of 21 U.S.C. § 841(a)(1). Flowers's counsel has moved to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967); Flowers has filed a pro se supplemental brief.

---

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.

We reject the arguments raised on appeal. A codefendant's lesser sentence is not sufficient reason for setting aside Flowers's sentence. See United States v. Pirani, 406 F.3d 543, 549 (8th Cir.) (en banc) (plain-error standard of review for unpreserved error), cert. denied,126 S. Ct. 266 (2005); United States v. Buckendahl, 251 F.3d 753, 758-59 (8th Cir.) (noting that sentencing disparities between coconspirators do not serve as proper basis for sentence reduction), cert. denied, 534 U.S. 1049 (2001). Any claim of ineffective assistance of counsel should be raised in 28 U.S.C. § 2255 proceedings. See United States v. Hughes, 330 F.3d 1068, 1069 (8th Cir. 2003).

Having reviewed the record independently pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we conclude that there are no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____